# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# SAN ANGELO DIVISION

| | | |
|---|---|---|
| **PIONEER NATURAL RESOURCES USA, INC.,** | § § § § | |
| Plaintiff, | § § | Civil Action No. 6:22-CV-00012-H |
| v. | § § | |
| **RANDALL SCOTT HOUSTON, KORTNIE DICKERSON, INDIVIDUALLY AND AS ATTORNEY-IN-FACT FOR RANDALL SCOTT HOUSTON, BRANDON HOUSTON, AND RRIG ENERGY, LLC,** | § § § § § § § § | |
| Defendants. | § § | |
| **RANDALL SCOTT HOUSTON AND KORTNIE DICKERSON, INDIVIDUALLY, AND AS ATTORNEY-IN-FACT FOR RANDALL SCOTT HOUSTON,** | § § § § § § | |
| Counter-Plaintiffs, | § § | |
| v. | § § | |
| **PIONEER NATURAL RESOURCES USA, INC.,** | § § § | |
| Counter-Defendant, | § § | |
| **RANDALL SCOTT HOUSTON AND KORTNIE DICKERSON, INDIVIDUALLY, AND AS ATTORNEY-IN-FACT FOR RANDALL SCOTT HOUSTON,** | § § § § § § | |
| Cross-Plaintiffs, | § § | |
| v. | § § § | |
| **BRANDON HOUSTON,** | § | |

|                    |   |
|--------------------|---|
| **Cross-Defendant,** | §<br>§ |

## JOINT NOTICE OF SETTLEMENT

Plaintiff/Counter-Defendant Pioneer Natural Resources USA, Inc. ("Pioneer"), Defendant/Counter-Plaintiffs/Cross-Plaintiffs Randall Scott Houston ("Houston") and Kortnie Dickerson, individually, and as attorney-in-fact for Randall Scott Houston ("Dickerson"), Defendant/Cross-Defendant Brandon Houston, and Defendant RRIG Energy, LLC ("RRIG") (all together as the "Parties") file this Joint Notice of Settlement, and respectfully show as follows.

### I.

The Parties respectfully notify the Court that they have reached a resolution of all of the claims in this Matter. The Parties have agreed to a settlement agreement and are currently working to finalize the settlement agreement and file their dismissal documents. The Parties request fourteen (14) days to finalize and submit the above documents to this Court.

**WHEREFORE, PREMISES CONSIDERED,** the Parties pray that the Court take notice that the Parties have resolved all of the claims asserted in this matter, that they be given fourteen (14) days to finalize and submit their dismissal document, and for all other relief that they may be justly entitled at law or in equity.

Respectfully Submitted:

*/s/ Philip W. Danaher*
Philip W. Danaher
Texas Bar No. 24078395
Missouri Bar No. 74194
philip@danaherlawfirm.com
Danaher Law Firm
833 SW Lemans Lane, Suite 116
Lee's Summit, MO 64082
Tel.: 817-791-4892
Fax: 816-622-1293

Larry W. Bale
Texas Bar No. 01629830
lwb@hwdcb.com
Hay, Wittenburg, Davis, Caldwell & Bale, L.L.P.
P.O. Box 271
San Angelo, Texas 76902

**Attorneys for Defendants Randall Scott Houston and Kortnie Dickerson Individually and as Agent and Attorney-in-Fact for Randall Scott Houston**

*/s/ Conrad D. Hester w/ permission by Philip W. Danaher*
Robert C. Vartabedian
Texas State Bar No. 24053534
rob.vartabedian@alston.com
Conrad D. Hester
Texas State Bar No. 24066562
conrad.hester@alston.com
Meaghan D. Nowell
Texas State Bar No. 24102288
meaghan.nowell@alston.com
Bank of America Tower
301 Commerce Street, Suite 3635
Fort Worth, Texas 76102
Tel.: 682-354-2000
Fax: 682-354-2299

**Attorneys for Defendant RRIG Energy, LLC**

*/s/ Will C. Griffis w/ permission by Philip W. Danaher*
Ben Davidson
Texas State Bar No. 05430590
bdavidson@mhbg.com
Will C. Griffis
Texas State Bar No. 24064159
wgriffis@mhbg.com
McClesky, Harriger, Brazill & Graf, L.L.P.
5010 University Avenue, Suite 500
Lubbock, Texas 79413
Tel.: 806-796-7300
Fax: 806-796-7305

**Attorneys for Defendant Brandon Scott Houston**

*/s/ Jack Balderson, Jr. w/ permission by Philip W. Danaher*
Jack Balderson, Jr.
Texas State Bar No. 24031716
jack@tbtexlaw.com
Jeffrey Tasker
State Bar No. 00795678
jeff@tbtexlaw.com
Tasker & Balderson PLLC
4335 Windsor Centre Trail, Suite 150
Flower Mound, Texas 75028
Tel.: 972-355-5959
Fax: 972-692-8200

**Attorneys for Plaintiff Pioneer Natural Resources USA, Inc.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon all counsel of record via the Court's electronic filing system on this 27th day of September 2022.

      */s/ Philip W. Danaher*
      **PHILIP W. DANAHER**